IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CR31

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Vs. )<br>)<br>COURTNEY O. HARGRO. )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

THIS CAUSE coming on to be heard and being heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon a Motion to Extend Time to File Plea Agreement filed herein by the defendant's counsel on June 17, 2005, and it appearing to the court that good cause has been shown for the granting of said motion.

IT IS THEREFORE **ORDERED** that the motion of the defendant to extend time to file plea agreement is **ALLOWED** and the defendant is granted up to and including **July 1, 1005** to file a plea agreement in the above entitled cause.

**Signed: June 23, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge