# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr31-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| COURTNEY OCTAVIOUS HARGRO. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Dismissal of Attorney [Doc. 241].

In this motion, mailed on September 26, 2012, the Defendant inquires as to why his previous motion to dismiss counsel had not been considered. [Doc. 241]. On September 27, 2012, before the Court received Document 241, the Defendant's prior motion was denied. [Doc. 240]. The ruling on that motion renders moot the pending one.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Dismissal of Attorney [Doc. 241] is hereby **DENIED** as moot.

Signed: October 15, 2012

Martin Reidinger
United States District Judge