# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:05-cr-00031-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| COURTNEY OCTAVIOUS HARGRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a second motion to reconsider or modify his sentence. [Doc. 275].

In his motion, the Defendant moves the Court to order his state sentence to run concurrently to his present federal sentence. [Id.]. For the reasons stated in the Court's Order of May 4, 2017 [Doc. 274], the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 275], which the Court construes as a motion to reconsider or modify his sentence, is **DENIED**.

**IT IS SO ORDERED.**    Signed: May 9, 2017

Martin Reidinger
United States District Judge